# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| | : | No. 06-658-3 |
| v. | : | |
| CONSTANCE TAYLOR | : | |
| | : | |

## ORDER

**AND NOW,** this 20th day of July, 2021, it is **ORDERED** that Taylor's pro se letter motion for relief (ECF No. 1076) is **GRANTED**:

- The collection of restitution pursuant to the offset of Taylor's Social Security benefits through the Treasury Offset Program is in contravention of the Court's restitution judgment.

- The Government must return to Taylor all funds taken by offset of Taylor's Social Security benefits pursuant to the Treasury Offset Program within a reasonable period of time.

- The Government must provide Taylor with an accounting of restitution currently owed on or before **October 18, 2021.**

                                                                 s/ANITA B. BRODY, J.

                                                               ANITA B. BRODY, J.

Copies **VIA ECF**